**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kyle Finnell,

    Petitioner,

        v.                         Case No.   1:17cv268

Warden, Lebanon
Correctional Institution,            Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 13, 2020 (Doc. 50).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 50) have been filed.

    Accordingly, it is **ORDERED** that the R&R (Doc. 50) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 46) is **DENIED**.

    **IT IS SO ORDERED.**

                                               /s/ *Michael R. Barrett*
                                             Michael R. Barrett, Judge
                                             United States District Court